# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| HEIDI LYNN WERNER WEBSTER, | ) |
| Movant, | ) |
| V. | ) CIVIL ACTION NO. SA-16-CA-912-FB |
| | ) [SA-13-CR-588-FB] |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Accepting Memorandum and Recommendation of the United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Memorandum and Recommendation (docket no. 208) of the United States Magistrate Judge is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that movant's 28 U.S.C. § 2255 motion to vacate sentence is DISMISSED and a certificate of appealability is DENIED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 12th day of January, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE